No. 1291. PEOPLE, APPELLEE, v. LUCENA, APPELLANT.—Offense against the public peace.   Arecibo.   December 9, 1918: *Affirmed*.

No. 1296. PEOPLE, APPELLEE, v. PÉREZ, APPELLANT.—Riot. San Juan, Section 2.   December 9, 1918.   *Affirmed*.

No. 1301. PEOPLE, APPELLEE, v. BARROSO, APPELLANT.—Assault and battery.   San Juan, Section 2.   December 9, 1918. *Affirmed*.

No. 1306. PEOPLE, APPELLEE, v. CRUZ, APPELLANT.—Seduction.   Arecibo.   December 9, 1918.   *Affirmed*.

No. 1314. PEOPLE, APPELLEE, v. SERRANO ET AL., APPELLANTS.—Conspiracy.   Arecibo.   December 9, 1918.   *Affirmed*.

No. 1325. PEOPLE, APPELLEE, v. GRANADO, APPELLANT.—Offense against the public health.   Mayagüez.   December 9, 1918.   *Reversed*.

No. 1326. PEOPLE, APPELLEE, v. GONZÁLEZ, APPELLANT.— Slander.   Humacao.   December 9, 1918.   *Affirmed*.

No. 1330. PEOPLE, APPELLEE, v. RAMÍREZ, APPELLANT.—Incest.   Humacao.   December 9, 1918.   *Affirmed*.

No. 1337. PEOPLE, APPELLEE, v. RAMOS, APPELLANT.—Violation of section 288 of the Penal Code.   Humacao.   December 12, 1918.   *Affirmed*.